UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Nathan Davis

    v.                                                    Case No. 22-cv-522-LM

FCI Berlin, Warden


ORDER

No objection having been filed, I herewith approve the Endorsed
Report and Recommendation of Magistrate Judge Andrea K. Johnstone
dated June 9, 2023. "'[O]nly those issues fairly raised by the
objections to the magistrate's report are subject to review in the
district court and those not preserved by such objection are precluded
on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d
554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health &
Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United
States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper
notice, failure to file a specific objection to magistrate's report
will waive the right to appeal). Additionally, finding that the
petitioner has failed to make a substantial showing of the denial of a
constitutional right, the court declines to issue a certificate of
appealability. See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing
Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

Within 30 days the respondent shall either file (1) a notice
indicating that there are disputed facts and that an evidentiary
hearing is necessary; or (2) a new motion for summary judgment based
on the current BOP policies and authorities with reference to the

petitioner's recent sentence computation date.

_____
Landya B. McCafferty
United States District Judge

Date: July 20, 2023


cc: Nathan Davis, pro se
    Heather Cherniske, Esq.