UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Nathan Davis

    v.                                                Case No. 22-cv-522-LM

FCI Berlin, Warden


ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 16, 2023.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk shall enter judgment and close the case.

                                                       _____
                                                       Landya B. McCafferty
                                                      United States District Judge

Date: December 26, 2023

cc: Nathan Davis, pro se
    Heather Cherniske, Esq.